# United States Navy–Marine Corps Court of Criminal Appeals

---

**UNITED STATES**
*Appellee*

v.

**Fabian X. MORENO**
**Aircraft Structural Mechanic Second Class (E-5),**
**U.S. Navy**
*Appellant*

---

**No. 201800277**

---

Appeal from the United States Navy-Marine Corps Trial Judiciary

*Military Judge:* Commander Stephen C. Reyes, JAGC, USN.

*Sentence Adjudged:* 8 June 2018 by a general court-martial convened at Region Legal Service Office, Fleet Activities Yokosuka, Japan consisting of a military judge sitting alone.

*Approved Sentence:* Bad-conduct discharge and confinement for 18 months.

---

*Decided:* 3 January 2019

---

*For Appellant:* Lieutenant Colonel Lee C. Kindlon, USMCR.

*For Appellee:* Brian K. Keller, Esq.

---

Before HUTCHISON, LAWRENCE, and GERDING
*Appellate Military Judges*

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court